IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MANKA SANDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:15-CV-140-WKW ) |
| SYNCHRONY BANK, | ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Stipulation of Dismissal (Doc. # 22), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed by operation of Rule 41 on the terms agreed to and set out by the parties. The Clerk of Court is DIRECTED to close this case.

DONE this 10th day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE